

# NUMBER 13-14-00446-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **DEAN SPRINGER AND INTEGRITY FINANCIAL GROUP, INC.,** | **Appellants,** |
| **v.** | |
| **LYDIA TUMMEL, ET. AL.,** | **Appellees.** |

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

# ORDER ABATING APPEAL

### Before Justices Rodriguez, Garza, and Benavides
### Order Per Curiam

On August 20, 2014, appellant, Dean Springer, filed a notice of bankruptcy in this appeal. According to the notice, appellant filed a bankruptcy petition on June 3, 2014, in the United States Bankruptcy Court for the Central District of California.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. ' 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed the
29th day of August, 2014.

2